UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK W. SENDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06CV1626-DJS |
| | ) |
| XSPEDIUS COMMUNICATIONS, LLC, | ) |
| XSPEDIUS MANAGEMENT COMPANY, LLC, | ) |
| XSPEDIUS HOLDING CORP., | ) |
| XSPEDIUS EQUIPMENT LEASING, LLC, | ) |
| THERMO CAPITAL PARTNERS, LLC, | ) |
| THE 1818 FUND III, L.P., | ) |
| JAMES MONROE III, JAMES F. LYNCH, | ) |
| and LAWRENCE C. TUCKER, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that plaintiff's claims against defendants are dismissed without prejudice.

Dated this __13th__ day of March, 2007.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE